**TYLER J. JENSEN (#9913)**
**LEBARON & JENSEN, P.C.**
**476 West Heritage Park Blvd., Suite 200**
**Layton, Utah 84041**
**Telephone:    (801) 773-9488**
**Facsimile:    (801) 773-9489**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **IN RE: Leo & Helena Anderson,** | Bankruptcy No. 10-27878 |
| | Trustee: Kevin R. Anderson |
| **DEBTORS.** | Chapter 13 |

**ORDER ON MOTION TO EXTEND DEADLINE TO FILE PAYMENT ADVICES**

  **Debtors have filed a Motion to Extend the Deadline to file Payment Advices. After reviewing the debtor's Motion, having received no objections to debtor's Motion by any Creditor or the Trustee, and good cause showing, it's hereby ordered that Debtor's Motion be granted without hearing.**

  **DATED and SIGNED this 16th day of August 2010.**

                       **BY THE COURT:**

                       _____
                       **US Bankruptcy Judge**

1

## CERTIFICATE OF NOTIFICATION OF CLERK OF THE COURT

  I certify that on _____ I mailed a copy of the foregoing Order to those parties that are identified on the Courts electronic notification certificate dated _____ as not receiving notice.

                      _____
                      **United States Bankruptcy Clerk**